

# NUMBER 13-10-00518-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## EX PARTE JANEQUA JACKSON

**On appeal from the 130th District Court
of Matagorda County, Texas.**

## MEMORANDUM OPINION

**Before Justices Benavides, Vela, and Perkes
Memorandum Opinion Per Curiam**

Janequa Jackson filed an appeal from the trial court's order denying application for writ of habeas corpus seeking bail reduction. Jackson, by and through her attorney, has filed an amended motion to dismiss the appeal for lack of standing. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will

be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.    *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
11th day of August, 2011.